UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEIKE DESSERT, Individually and as Personal
Representative of the Estate of Raynald Dessert,
deceased,

                     Plaintiff,

      -against-                                   17 **CIVIL** 1368 (DLC)

                                                            **JUDGMENT**

BRISTOL-MYERS SQUIBB COMPANY and
PFIZER INC.,
                    Defendants.
-----------------------------------------------------------X
LESLIE MUMFORD,

                     Plaintiff,

      -against-                                   17 **CIVIL** 1240 (DLC)

BRISTOL-MYERS SQUIBB COMPANY and
PFIZER INC.,
                    Defendants.
-----------------------------------------------------------X

        Whereas on July 26, 2017, an opinion was issued in Fortner v. Bristol-Myers Squibb Co. & Pfizer, Inc., 17 CV 1562 (DLC), dismissing its amended complaint with prejudice ; the law firm of Salim-Beasley, LLC represent the plaintiffs in Fortner, the above-captioned actions also involves Tennessee plaintiffs whose claims are brought under Tennessee law; the amended complaint in Mumford is identical in all respects to the Fortner amended complaint except for one paragraph, which lists injuries that the plaintiff suffered as a result of taking Eliquis, the amended complaint in Dessert is identical in all respects to the Fortner amended complaint except for three additional derivative causes of action, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on July 26, 2017, having rendered its Order that for the reasons set forth and in the Fortner Opinion, dismissing the amended complaints in Dessert

and with prejudice, and ordering the Clerk of Court to enter judgment for the defendants and close the above-captioned cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 26, 2017and in the Fortner Opinion, the amended complaints in Dessert and Mumford are dismissed with prejudice; accordingly, judgment is entered for the defendants and the above-captioned cases are closed.

**Dated:** New York, New York
July 28, 2017

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/31/2017